**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YASMANY HACES RODRIGUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2491-KC** |
| | § | |
| **MARKWAYNE MULLIN, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On October 19, 2026, the Court granted in part Yasmany Haces Rodriguez's Petition for Writ of Habeas Corpus, ECF No. 1, and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Oct. 19, 2026, Order 4, ECF No. 4. Respondents have now informed the Court that an IJ granted Haces Rodriguez bond of $6,000. Status Report, ECF No. 5; *see id.* Ex. A ("IJ Order"), ECF No. 5-1.

It appears that the only remaining matter to be resolved in this case is Haces Rodriguez's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 16; *see generally* Oct. 19, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 27th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE